DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**IMRAN AZIZ,** et al.,
Appellants,

v.

**VINCENT K. CHHABRA,** et al.,
Appellees.

No. 4D2022-2072

[January 11, 2024]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; David Alan Haimes, Judge; L.T. Case No. CACE20-010230.

Niti S. Sharan of Sharan Law Services P.A., Hollywood, for appellant.

Mara Shlackman of Law Offices of Mara Shlackman, P.L., Fort Lauderdale, and Alexander Rundlet of Montoya Law, P.A., Miami, for appellees.

PER CURIAM.

*Affirmed.*

CONNER, KUNTZ and ARTAU, JJ., concur.

\*　　　\*　　　\*

***Not final until disposition of timely filed motion for rehearing.***